UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 08-cr-00344-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JOSE LUIS DESANTIAGO-ROBLES, a/k/a Jose Luis Desantiago,

    Defendant.

## ORDER

    This matter is before the Court upon a review of the file. To ensure that all pre-trial phases of the case are complete before the commencement of the jury trial, it is

    ORDERED that all pretrial motions shall be filed by **Monday, September 22, 2008,** and responses to these motions shall be filed by **Monday, October 6, 2008.** It is

    FURTHER ORDERED that counsel shall contact my chambers to schedule a hearing on all pending motions and final trial preparation conference if necessary. It is

    FURTHER ORDERED that a 2-day jury trial is set for **Monday, October 27, 2008, at 9:00 a.m. in courtroom A-1002.**

    Dated this 2nd day of September, 2008.

                                             BY THE COURT:

                                             s/ Wiley Y. Daniel
                                             Wiley Y. Daniel
                                             U. S. District Judge